# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

JASON AVANT

VERSUS

HECTOR MONCLOBA,
AKA HECTOR MENDOZA,
AKA HECTOR MONCLOVA, ET AL

CIVIL ACTION

NO. 15-748-JWD-RLB

## RULING AND ORDER

Before the Court is Defendants' Motion in Limine to Bar Evidence of Medical Expenses Beyond That Paid by Worker's Compensation. (Doc. 26.) The motion is opposed. (Doc. 36.) For the reasons set forth in *Royer v. State Dep't of Transp. and Dev.*, 16-534 (La. App. 3 Cir. 1/11/17); 210 So. 3d 910, *writ denied*, 17-0288 (La. 4/24/17) 221 So. 3d 69, the Court finds that the cases relied upon by Defendants are inapposite and the motion should be denied.

Signed in Baton Rouge, Louisiana, on August 23, 2017.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA